**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2020-CA-0595

State of Louisiana, Ex Rel. Justin Dale Tureau

- - Versus - -

BEPCO, L.P., BOPCO, L.P., Chevron U.S.A., Inc., Chisolm
Trail Ventures, L.P., and Hess Corporation, A Delaware
Corporation

19th Judicial District Court
Case #: 661482
East Baton Rouge Parish

Consolidated with the following:

2020 - CA - 0596
State of Louisiana, Ex Rel. Justin Dale Tureau
versus
BEPCO, L.P., BOPCO, L.P., Chevron U.S.A., Inc., Chisolm Trail Ventures, L.P., and Hess
Corporation, A Delaware Corporation

On Application for Rehearing filed On 10/14/2021 by Hess Corporation

Rehearing _____ *Denied* _____

McDonald J. would grant
by CHH

_____
J. Michael McDonald

_____
Mitchell R. Theriot

_____
Guy Holdridge

_____
Elizabeth Wolfe

Holdridge J. would grant

_____
Chris Hester

Date **NOV 0 4 2021**
_____

_____
Rodd Naquin, Clerk

**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2020-CA-0595

State of Louisiana, Ex Rel. Justin Dale Tureau

- - Versus - -

BEPCO, L.P., BOPCO, L.P., Chevron U.S.A., Inc., Chisolm
Trail Ventures, L.P., and Hess Corporation, A Delaware
Corporation

19th Judicial District Court
Case #: 661482
East Baton Rouge Parish

Consolidated with the following:

2020 - CA - 0596
State of Louisiana, Ex Rel. Justin Dale Tureau
versus
BEPCO, L.P., BOPCO, L.P., Chevron U.S.A., Inc., Chisolm Trail Ventures, L.P., and Hess
Corporation, A Delaware Corporation

On Application for Rehearing filed on 10/20/2021 by Chevron

Rehearing _____ *Denied* _____

McDonald J. would grant
by CHH

_____
J. Michael McDonald

_____
Mitchell R. Theriot

_____
Guy Holdridge

_____
Elizabeth Wolfe

_____
Chris Hester

Holdridge J. would grant

Date **NOV 0 4 2021**

_____
Rodd Naquin, Clerk